NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

DAVID RODRIGUEZ,                            )
                                            )
            Appellant,                      )
                                            )
v.                                          )          Case No. 2D17-1812
                                            )
STATE OF FLORIDA,                           )
                                            )
            Appellee.                       )
_____)

Opinion filed April 20, 2018.

Appeal from the Circuit Court for
Hillsborough County; Christopher C.
Sabella, Judge.

David Rodriguez, pro se.

Pamela Jo Bondi, Attorney General,
Tallahassee, and Helene S. Parnes,
Assistant Attorney General, Tampa, for
Appellee.


PER CURIAM.


            Affirmed.


KHOUZAM, LUCAS, and SALARIO, JJ., Concur.